IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE BANKRUPTCY MATTER OF:

Chapter 13 No.    16-36497

Maurice M. Williams

Judge    A. Benjamin Goldgar

Debtor

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on May 8, 2019, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Matthew C. Abad

### Certificate of Service

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 150 N Michigan Ave., Chicago, Illinois 60601 at 5:00 p.m. on May 8, 2019 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Matthew C. Abad
Matthew C. Abad ARDC# 6257858

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.2085

**SERVICE LIST**

Maurice M. Williams
1919 Elizabeth Avenue
North Chicago, IL 60064

Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532

Chad M. Hayward
The Law Offices of Chad M. Hayward, P.C.
50 S Main
Suite 200
Naperville, IL 60540